# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1023**
**KA 12-00346**
PRESENT: FAHEY, J.P., PERADOTTO, CARNI, AND SCONIERS, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, APPELLANT,

V                                                                ORDER

ALEXSANDER TRIFUNOVSKI, DEFENDANT-RESPONDENT.

---

WILLIAM J. FITZPATRICK, DISTRICT ATTORNEY, SYRACUSE (JOSEPH J. CENTRA OF COUNSEL), FOR APPELLANT.

MCGRAW LAW OFFICE, SYRACUSE (ANNALEIGH E. PORTER OF COUNSEL), FOR DEFENDANT-RESPONDENT.

---

Appeal from an order of the Supreme Court, Onondaga County (John J. Brunetti, A.J.), dated August 22, 2011. The order granted the motion of defendant to suppress certain physical evidence.

It is hereby ORDERED that the order so appealed from is unanimously affirmed and the indictment is dismissed.

Entered: September 28, 2012                    Frances E. Cafarell
                                               Clerk of the Court